# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 09-1982 PA (FFM) | Date | May 5, 2010 |
|---|---|---|---|
| Title | STEVEN KEPLAR v. DAVID MASCETTI | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE**

Pursuant to Federal Rule of Civil Procedure 4(m), plaintiffs are required to serve the summons and complaint on defendants within 120 days of filing the complaint. On November 25, 2009, the Court extended that date to February 25, 2010. That date has long since passed. Therefore, plaintiff is ordered to show cause within 30 days of the date of this order, why this action should not be dismissed for failure to serve process.

|  | : |
|---|---|
| Initials of Preparer | JM |