# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN KEPLAR,<br><br>    Plaintiff,<br> vs.<br>DAVID MASCETTI,<br>    Defendant.<br>_____ | ) Case No. ED CV 09-1982 PA (MRW)<br>) Case No. ED CV 10-1836 PA (MRW)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>) |

 Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

 IT IS ADJUDGED that both actions are dismissed with prejudice.

DATE: December 27, 2011    _____
                   HON. PERCY ANDERSON
                   UNITED STATES DISTRICT JUDGE